**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEMPSEY HOOD,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 3:25-cv-00438-MMD-CSD<br><br>**Order Re: Service of Process** |

The Office of the Attorney General did not accept service of process on behalf of Defendant Kristina Dodd (sued as "Kris"). (ECF No. 12.) The Attorney General's Office has filed the last known address of Defendant Kristina Dodd under seal. (ECF No. 13.)

The Clerk shall kindly **ISSUE** a summons for Kristina Dodd and **SEND** the same to the U.S. Marshal with the address provided under seal. (ECF No. 13.) The Clerk shall also **SEND** sufficient copies of the operative complaint (ECF No. 6), the screening order (ECF No. 5), and this Order to the U.S. Marshal for service on the Defendant. The court will separately provide to the U.S. Marshal a completed USM-285 form for the Defendant.

Plaintiff is reminded that December 23, 2026, is the deadline to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: October 16, 2026

Craig S. Denney
United States Magistrate Judge