**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEMPSEY HOOD,

Plaintiff

v.

STATE OF NEVADA, et al.,

Defendants

Case No.: 3:25-cv-00438-MMD-CSD

**Order**

Re: ECF Nos. 20, 22

On November 17, 2026, Plaintiff filed a motion for leave to amend his complaint. (ECF No. 20.) On November 20, 2026, Plaintiff moved to withdraw that motion. (ECF No. 22.)

Plaintiff's motion to withdraw the motion for leave to amend (ECF No. 22) is **GRANTED**. The motion for leave to amend (ECF No. 20) is accordingly **WITHDRAWN**. This action will proceed on the original complaint (ECF No. 6), which Defendants have answered (ECF No. 21).

**IT IS SO ORDERED**.

Dated: November 23, 2026

Craig S. Denney
United States Magistrate Judge